IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN 25 P 4: 09

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00575-MHT-SRW |
| | * | |
| City of Eufaula | * | |
| | * | |
| Defendant. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the City of Eufaula, Alabama, a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Jay Jaxon, Jr. | City of Eufaula Mayor |
| Joy White | City of Eufaula Clerk |
| Johnny A. Knight | City of Eufaula Council Member |
| James Martin | City of Eufaula Council Member |
| Samuel Lipscomb | City of Eufaula Council Member |
| Lucious Cobbs | City of Eufaula Council Member |
| Robert Powers | City of Eufaula Council Member |

_/s/ Rick Howard_
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
310 Cherry Street
Eufaula, Alabama 36027

by placing same in the United States Mail, postage prepaid, on this the 25th day of June, 2007.

_/s/ Rick Howard_
OF COUNSEL