IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00575-MHT-SRW |
| | * | |
| City of Eufaula | * | |
| | * | |
| Defendant. | * | |

**MOTION FOR JURY TRIAL**

COMES NOW Defendant, by and through counsel, and pursuant to Rule 38 of the Federal Rules of Civil Procedure and seek a jury trial for this case.

s/ Rick A. Howard
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
310 Cherry Street
Eufaula, Alabama 36027

by placing same in the United States Mail, postage prepaid, on this the 27th day of June, 2007.


                                                s/ Rick A. Howard
                                                OF COUNSEL