**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Eufaula
   attn Joy White
   205 E. Barbour St
   Eufaula, AL
   36027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 6/8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv575 S+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7007 0220 0002 4498 0841

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540