**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 5, 2007

NOTICE OF REASSIGNMENT

To:   All Parties/Counsel of Record

Re:    Trombley v. City of Eufaula, Alabama
       Civil Action No. 2:07-cv-00575-MHT

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now  **2:07-cv-00575-MEF**.

This new case number should be used on all future correspondence and pleadings in this action.