IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUL -6  P 4:05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| James Francis Trombley, Jr. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-cv-00575-MEF |
| | * | |
| City of Eufaula | * | |
| | * | |
| Defendant. | * | |

## ANSWER TO AMENDED COMPLAINT

COMES NOW the City of Eufaula, Alabama, and states the following as its answer to Plaintiff's first amended complaint, titled Intimidation, Retaliation and Harassment Complaint:

1. Defendant, City of Eufaula, Alabama, denies the entirety of Plaintiff's first amended complaint, titled Intimidation, Retaliation, and Harassment Complaint.

2. The City of Eufaula incorporates all affirmative defenses set forth in its answer to Plaintiff's complaint filed in Civil Action number 2:07-cv-00575-MHT, and the civil action removed from Barbour County, Civil Action number 2:07-cv-00547-MEF.

3. The City of Eufaula requests that the Court consolidate civil action 2:07-cv-00547-MEF and civil action number 2:07-cv-00575-MEF into one proceeding.

4. The City of Eufaula also requests the Court to conduct a scheduling conference

requiring Plaintiff to attend so that there can be discussions as to what actual claims Plaintiff is making against the City of Eufaula, Alabama, and discuss the parameters of discovery. The City of Eufaula, Alabama, believes that this process would be more beneficial than simply filing a motion for more definite statement and attempting to negotiate with Plaintiff regarding the report of parties planning meeting.

5. Further, the City of Eufaula, Alabama, requests the Court to order Plaintiff's deposition on the same day as he attends the scheduling conference. The Defendant seeks to avoid any trouble scheduling Plaintiff's deposition, who now lives in Florissant, Missouri. The Defendant believes this matter can be resolved quickly following the deposition of Plaintiff.

Wherefore, the City of Eufaula, Alabama, denies Plaintiff's first amended complaint titled Intimidation, Retaliation, and Harassment Complaint, and incorporates all affirmative defenses previously set forth.

_____
ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (RAH045)
APRIL W. MCKAY (WIL304)
Attorneys for Defendant

OF COUNSEL:

NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
P. O. Box 4128
Montgomery, Alabama 36103
Tel: 334-215-8585
Fax: 334-215-7101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

James F. Trombley
c/o Tim Smith
2345 Stirrup Lane
Florissant, MO 63033

by placing same in the United States Mail, postage prepaid, on this the ___7th___ day of July, 2007.

_____
OF COUNSEL